**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Christine Baker, | ) | |
| | ) | |
| Plaintiff, | ) | No. CIV 03-525-PCT RCB |
| | ) | |
| vs. | ) | O R D E R |
| | ) | |
| Fair Isaac and Company, et. al., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Defendant Verizon Wireless ("Verizon") has requested an informal telephone conference in order to seek a stay of discovery, pending a ruling on Verizon's motion for summary judgment (doc. 233) and Plaintiff's motion for leave to file a first amended complaint (doc. 248). The Court is inclined to set this matter for hearing on Monday, April 24, 2006, at 10:30am, and understands that counsel for Verizon will be available at that time. However, counsel for Verizon has informed the Court that Plaintiff has asserted to them that she will be unavailable at such time. The Court is not aware of the reason for Plaintiff's claimed unavailability.

Therefore,

IT IS ORDERED that the Court will set the telephone conference, regarding Verizon's request for a stay of discovery, on Monday, April 24, 2006, at 10:30am. Should Plaintiff wish to provide an adequate reason as to why this hearing should not go forward, she must inform the Court of such reason in writing by e-mail or through the Court's ECF system by noon on Friday, April 21, 2006.

DATED this 19th day of April, 2006.

_____
Robert C. Broomfield
Senior United States District Judge

Copies to counsel of record and plaintiff pro per.