WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Christine Baker, | ) | |
| | ) | |
| Plaintiff, | ) | No. CIV 03-525-PCT RCB |
| | ) | |
| vs. | ) | O R D E R |
| | ) | |
| Fair Isaac and Company, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

On March 15, 2006, Plaintiff Christine Baker ("Baker") filed a motion requesting leave to file a First Amended Complaint in this matter.  Mot. for Leave (doc. 248).  Baker seeks to amend her Complaint by removing the parties that have already been dismissed from this lawsuit, and adding new claims against Defendants Experian and ConsumerInfo.com.  Id. at 1-2.  In addition, Baker seeks to add claims against Verizon for negligence and gross negligence, and claims under the Fair Debt Collection Practices Act ("FDCPA").  Id. at 2, 10.

Verizon opposes Baker's motion and asserts that it should be denied.  D. Resp. (doc. 257).  Among other things, Verizon argues

1    that Baker's motion should be denied because of her undue delay.

2    Id. at 9-11.

3              Here, Plaintiff's Motion to Amend was filed **three
               years** after Plaintiff filed her original
4              complaint. Yet, the Amended Complaint contains no
               newly discovered information. Instead, the Amended
5              Complaint simplifies, re-orders, and regurgitates
               the allegations contained in the original
6              Complaint. Given that after three full years,
               Plaintiff has come forward with no new facts to
7              support her claims, Plaintiff's request to amend
               is the product of excessive and undue delay.

8

9    Id. at 10.  Baker fails to respond to this argument as it applies

10   to Verizon, or to Defendants Experian and ConsumerInfo.com.  P.

11   Reply (doc. 266).  Moreover, Defendants Experian and

12   ConsumerInfo.com failed to file any response to Baker's motion for

13   leave to amend, or join Verizon's response to such motion.  The

14   effect of a denial of Baker's motion could be deemed to have a

15   similar effect on Experian and ConsumerInfo.com.  Thus, the Court

16   does not know whether Defendants Experian and ConsumerInfo.com have

17   positions on either Baker's motion or on Verizon's opposition to

18   Baker's motion arguing undue delay.

19        Therefore,

20        IT IS ORDERED that Defendants Experian and ConsumerInfo.com

21   have ten (10) days from the date of this order to respond to

22   Baker's motion for leave to amend.  Baker, to the extent she

23   wishes to do so, may file a reply to Defendants Experian and

24   ConsumerInfo.com's responses on or by ten (10) days from the date

25   . . .

26

27

28

                              - 2 -

1   of the filing of such response(s).

2       DATED this 16th day of May, 2006.

3

4

5   _____

6       Robert C. Broomfield
        Senior United States District Judge

7

8   Copies to counsel of record and Plaintiff, pro per.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28