WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christine Baker,              )<br>                               )<br>             Plaintiff,        )<br>                               )<br>        vs.                    )<br>                               )<br>Fair, Isaac and Company,       )<br>et al.,                        )<br>                               )<br>             Defendant.        )<br>_____) | No. CIV 03-525-PCT RCB<br><br>O R D E R |

The court not having invoked Rule 54(b), Fed. R. Civ. P., in its Order filed on May 17, 2006,

IT IS ORDERED that the judgment entered in favor of Defendant Verizon Wireless ("Verizon") and against Plaintiff (doc. 287) is vacated as premature.  All other rulings in that order shall remain in effect.

DATED this 18th day of May, 2006.

_____
Robert C. Broomfield
Senior United States District Judge

Copies to counsel of record and Plaintiff, pro per